UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| JAWAD SAFARI, | : | Case No. 1:25-cv-951 |
| Petitioner, | : | |
| vs. | : | District Judge Jeffery P. Hopkins |
| | : | Magistrate Judge Karen L. Litkovitz |
| FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS DETROIT, *et al.*, | : | |
| Respondents. | : | |

# ORDER

Jawad Safari brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Jawad Safari from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately serve Respondents with a copy of the petition, and its accompanying papers, along with a copy of this order, by **regular mail** and by **email** to the United States Attorney's Office for the Southern District of Ohio; and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondent.

**IT IS SO ORDERED.**

<u>December 22, 2025</u>

Jeffery P. Hopkins
United States District Judge